**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERMAINE DUNBAR, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORP.<br>d/b/a AMTRAK, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 10-3924 (MLC)<br><br>**O P I N I O N** |

    **THE PLAINTIFFS** were earlier notified that the Court intended to dismiss the Second Amended Complaint, insofar as the Second Amended Complaint asserts claims against the defendants NBK Holdings LLC and Willow No Inc., because the plaintiffs failed to comply with Federal Rule of Civil Procedure 4(m) and Local Civil Rule 41.1(a).  (See dkt. entry no. 77, 6-10-13 Order & J. at 1; dkt. entry no. 76, 6-10-13 Op. at 2-3.)  The plaintiffs have not voiced any objection to such dismissal.

    **THE COURT**, for good cause appearing, will enter a separate judgment.

                                          s/ Mary L. Cooper
                                          **MARY L. COOPER**
                                          United States District Judge

Dated:    June 27, 2013